# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| INFERNAL TECHNOLOGY, LLC and TERMINAL REALITY, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> *Microsoft*. | Civil Action No. 2:18-cv-00144-JRG <br><br> **JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL UNDER RULE 41

Plaintiffs Infernal Technology, LLC and Terminal Reality, Inc. ("Plaintiffs") and Defendant Microsoft Corporation ("Defendant") have resolved this dispute and accordingly, under Rule 41(a)(1)(A)(ii), stipulate to (i) the dismissal with prejudice of all claims made by Plaintiffs against Defendant in this action and (ii) the dismissal without prejudice of Defendant's counterclaims against Plaintiffs in this action. Plaintiff and Defendant further stipulate that each party will bear its own costs and attorneys' fees in this action.

Accordingly, pursuant to Federal Rule 41, the parties hereby request that the Court (i) dismiss with prejudice all claims made by Plaintiffs against Defendant in this action and (ii) dismiss without prejudice Defendant's counterclaims against Plaintiffs in this action.

Dated: September 9, 2019

Respectfully submitted,

**KLARQUIST SPARKMAN, LLP**

**BUETHER JOE & CARPENTER, LLC**

By: */s/ Melissa R. Smith*
    Kristin L. Cleveland
    kristin.cleveland@klarquist.com
    121 S.W. Salmon Street, Suite 1600
    Portland, Oregon 97204
    Telephone: (503) 595-5300

    Sonal N. Mehta
    smehta@durietangri.com
    Eugene Novikov (*pro hac vice*)
    ENovikov@durietangri.com
    Timothy P. Horgan-Kobelski (*pro hac vice*)
    tkobelski@durietangri.com
    Eric Wiener (pro hac vice)
    EWiener@durietangri.com
    Andrew L. Perito
    aperito@durietangri.com
    **DURIE TANGRI LLP**
    217 Leidesdorff Street
    San Francisco, CA 94111
    Telephone: (415) 362-6666

    Melissa R. Smith
    State Bar No. 24001351
    melissa@gillamsmithlaw.com
    **GILLAM & SMITH, LLP**
    303 South Washington Avenue
    Marshall, Texas 75670
    Telephone: (903) 934-8450
    Facsimile: (903) 934-9257

**ATTORNEYS FOR DEFENDANT MICROSOFT CORPORATION**

By: */s/ Niky R. Bagley*
    Eric W. Buether
    State Bar No. 03316880
    Eric.Buether@BJCIPLaw.com
    Christopher M. Joe
    State Bar No. 00787770
    Chris.Joe@BJCIPLaw.com
    Brian A. Carpenter
    State Bar No. 03840600
    Brian.Carpenter@BJCIPLaw.com
    Kenneth P. Kula
    State Bar No. 24004749
    Ken.Kula@BJCIPLaw.com
    Niky R. Bagley
    State Bar No. 24078287
    Niky.Bagley@BJCIPLaw.com
    Michael D. Ricketts
    State Bar No. 24079208
    Mickey.Ricketts@BJCIPLaw.com
    Michael C. Pomeroy
    State Bar No. 24098952
    Michael.Pomeroy@BJCIPLaw.com

    1700 Pacific Avenue
    Suite 4750
    Dallas, TX 75201
    Telephone:    (214) 466-1279
    Facsimile:    (214) 635-1830

**ATTORNEYS FOR PLAINTIFFS INFERNAL TECHNOLOGY, LLC AND TERMINAL REALITY, INC.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 9, 2019 a true and correct copy of the above and foregoing document was electronically filed in compliance with Local Rule CV-5(a)(3). As such, this document was served on all counsel who have consented to electronic service.

*/s/ Melissa R. Smith*